IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINGER McSWEEN, et al., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0603-CG-M |
| DOMETIC CORPORATION, et al., | : |
| Defendants. | : |

ORDER

This action is before the Court on the Motion for Douglas K. Dieterly to Appear Pro Hac Vice (Doc. 21). Counsel is **ORDERED** to supplement his motion with a certificate of good standing from a federal court in which he is admitted to practice not later than **December 29, 2010**.

DONE this 14th day of December, 2010.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE